UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RODERICK LEWIS

              v.                                                  CASE NO. 3:11CV1451(MPS)

CITY OF WEST HAVEN
OFFICER SCOTT BLOOM
OFFICER MICHAEL WOLF
JOHN KARAJANIS, *Chief of Police*

## JUDGMENT

This action came before the court for a trial by jury before the Honorable

Michael P. Shea, United States District Judge, and the issues having been duly tried

and the jury having rendered its verdict on July 12, 2013 in favor of the defendants

Scott Bloom and Michael Wolf.  Further, on July 9, 2013 in a Telephonic Status

Conference on the record plaintiff orally dismissed the claims against City of West

Haven and John Karajanis, it is hereby

ORDERED and ADJUDGED that the judgment is entered in favor of the defendants.

Dated at Hartford, Connecticut, this 25th day of July, 2013.


                                       ROBIN D. TABORA, Clerk


                                       By       /s/      
                                          Devorah Johnson
                                        Deputy Clerk

EOD 7/25/13